_____

No. 94-2015
_____

Frankie Levi Cole,                    *
                                      *
          Appellant,                  *
                                      *
     v.                               *    Appeal from the United States
                                      *    District Court for the
Richard Leech; Ted                    *    District of Nebraska.
Geilenkirchen; Diane Sabatka;         *
Matthew Gelvin; Karen Shortridge,*        [UNPUBLISHED]
                                      *
          Appellees.                  *


_____

          Submitted:  April 16, 1996

             Filed:  April 29, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

     Frankie Levi Cole appeals the district court's[1] grant of summary
judgment to certain defendants, and the district court's[2] judgment in favor
of the remaining defendants, following a bench trial, in Cole's 42 U.S.C.
§ 1983 action.  Having carefully reviewed the record and the parties'
briefs, we affirm for the reasons stated in the district courts' orders.
We decline to address Cole's arguments raised for the first time on appeal.
See United States v. Dixon, 51 F.3d 1376, 1383 (8th Cir. 1995).
Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Richard G. Kopf, United States District Judge
for the District of Nebraska.

     [2]The Honorable Thomas M. Shanahan, United States District
Judge for the District of Nebraska.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.